## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ROBERT E. JACKOWSKI,**

**Plaintiff,**

**v.**

**CAROLYN W. COLVIN,**
**Acting Commissioner of**
**Social Security,**

**Defendant.**                                  **Case No. 13-1315-DRH-CJP**

### ORDER

Pending before the Court is the parties' joint motion for remand for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) (Doc. 25). Based on the reasons stated in the motion, the Court **GRANTS** the motion. The Court **REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and **REMANDS** this case to the Commissioner for rehearing to allow plaintiff an opportunity for a hearing and to submit additional evidence. Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 28th day of January, 2015.

Digitally signed by
David R. Herndon
Date: 2015.01.28
10:34:35 -06'00'

**United States District Judge**